AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY A. ROMINE,**

    **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-09-605

JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

___ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the ORDER filed September 20, 2010 JUDGMENT is hereby entered DISMISSING this action.

Date: September 20, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
 (By) Andy F. Quisumbing
 Courtroom Deputy Clerk